UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | Case No. 11-08155 |
|---|---|---|
| ALVAREZ, ROBERTO | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 20, 2011 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  November 23, 2011           By:  /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: ALVAREZ, ROBERTO | § | Case No. 11-08155 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,151.14 |
| *and approved disbursements of* | $ | 81.33 |
| *leaving a balance on hand of* [1] | $ | 5,069.81 |

**Balance on hand:**         $         5,069.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,069.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,265.11 | 0.00 | 1,265.11 |

Total to be paid for chapter 7 administration expenses:   $   1,265.11
Remaining balance:   $   3,804.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,804.70

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,804.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,627.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA NA | 1,634.16 | 0.00 | 74.35 |
| 4 | HSBC Bank Nevada, N.A. (Bon Ton) | 1,151.23 | 0.00 | 52.38 |
| 6-2 | Real Time Resolutions, Inc. | 78,896.40 | 0.00 | 3,589.43 |
| 7 | Portfolio Recovery Associates, LLC | 1,597.08 | 0.00 | 72.66 |
| 8 | GE Money Bank | 349.01 | 0.00 | 15.88 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,804.70 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Roberto Alvarez  
     Debtor

Case No. 11-08155-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: csimmons    Page 1 of 2    Date Rcvd: Nov 28, 2011  
                  Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.

```
db          +Roberto Alvarez,    2845 S. Trumbull Ave,    Chicago, IL 60623-4653
16886857    +Bank of America,    450 American St,    Simi Valley, CA 93065-6285
17071778     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16886858    +Chase Card Services,    P.O.Box 15298,    Wilmington, DE 19850-5298
16977892   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    Drawer 55-953,    P.O.Box 55000,
               Detriot, MI 48255-0953)
16886859    +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
16886860     Glenview State Bank,    11 S LaSalle St Ste 1500,    Chicago, IL 60603
17147702    +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
16886861    +HSBC/ Carson's,    140 Industrial Drvie,    Elmhurst, IL 60126-1602
16886862    +HY Cite/ Royal Prestige,    333 Holtzman Rd.,    Madison, WI 53713-2109
16886864    +Medical Payment Data,    1460 Renaissance Dr.,    Park Ridge, IL 60068-1331
17216628   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Bank of America,
               PO Box 41067,    Norfolk VA 23541)
16886865    +Peoples Energy,    130 E. Randolph,    Chicago, IL 60601-6302
17164582   ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
16886866     Real Time Solutions, Inc.,    1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
16886867    +Wells Fargo Home Mortgage,    c/o: Pierce & Associates,    1 North Dearbon Ste 1300,
               Chicago, IL 60602-4321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17806825     E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2011 04:35:44     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16886863    +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2011 04:35:44     JCPenney Credit Services,
             P.O. Box 981131,    El Paso, TX 79998-1131
                                                                                              TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17888154*  ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons            Page 2 of 2               Date Rcvd: Nov 28, 2011
                              Form ID: pdf006           Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Christopher M Brown    on behalf of Creditor   Wells Fargo Bank, N.A.
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              Donald L. Newman    on behalf of Creditor   Glenview State Bank dnewmanassoc@yahoo.com,
               dnewmanassoc@yahoo.com
              John A Rottier    on behalf of Debtor Roberto Alvarez jrottier@katzlawchicago.com,
               angie@katzlawchicago.com
              Magdalena  Aguilar    on behalf of Plaintiff Roberto Alvarez maguilar@katzlawchicago.com
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com,   IL72@ecfcbis.com
              Toni  Dillon    on behalf of Creditor   Wells Fargo Bank, N.A. tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 10
```