**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ALVAREZ, ROBERTO § Case No. 11-08155
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $151,917.73 *(without deducting any secured claims)* | Assets Exempt: $32,357.73 |
| Total Distribution to Claimants: $3,804.76 | Claims Discharged Without Payment: $79,823.12 |
| Total Expenses of Administration: $1,346.44 | |

    3) Total gross receipts of $ 5,151.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,151.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $213,225.00 | $204,453.69 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,346.45 | 1,346.44 | 1,346.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,063.00 | 83,627.88 | 83,627.88 | 3,804.76 |
| **TOTAL DISBURSEMENTS** | $285,288.00 | $289,428.02 | $84,974.32 | $5,151.20 |

4) This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2012     By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1124-000 | 5,151.00 |
| Interest Income | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$5,151.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Glenview State Bank | 4210-000 | 12,405.00 | 4,614.77 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company LLC | 4210-000 | 14,172.00 | 13,190.68 | 0.00 | 0.00 |
| 5 -2 | Wells Fargo Home Mortgage | 4210-000 | 186,648.00 | 186,648.24 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$213,225.00** | **$204,453.69** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,265.12 | 1,265.11 | 1,265.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.33 | 6.33 | 6.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,346.45 | 1,346.44 | 1,346.44 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA NA | 7100-000 | 1,769.00 | 1,634.16 | 1,634.16 | 74.35 |
| 4 | HSBC Bank Nevada, N.A. (Bon Ton) | 7100-000 | 1,184.00 | 1,151.23 | 1,151.23 | 52.38 |
| 6 -2 | Real Time Resolutions, Inc. | 7100-000 | 67,053.00 | 78,896.40 | 78,896.40 | 3,589.49 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,693.00 | 1,597.08 | 1,597.08 | 72.66 |
| 8 | GE Money Bank | 7100-000 | 364.00 | 349.01 | 349.01 | 15.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 72,063.00 | 83,627.88 | 83,627.88 | 3,804.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08155  
**Case Name:** ALVAREZ, ROBERTO  

**Period Ending:** 02/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/20/11 (c)  
**§341(a) Meeting Date:** 06/27/11  
**Claims Bar Date:** 10/07/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Location: 2845 S. Trumbull Ave, Chicago IL 60623<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 126,500.00 | 0.00 | DA | 0.00 | FA |
| 2  Bank of America- Savings Acct.<br>   Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage Location: 2845 S. Trumbull Ave, Chicago IL 60623 Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  Living room furniture, bedroom furniture, kitche<br>   Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage Location: 2845 S. Trumbull Ave, Chicago IL 60623 Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4  Debtor clothing<br>   Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage Location: 2845 S. Trumbull Ave, Chicago IL 60623 Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle | 150.00 | 0.00 | DA | 0.00 | FA |
| 5  Retirement Plan, Diversified Investment Advisors<br>   Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage Location: 2845 S. Trumbull Ave, Chicago IL 60623 Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle | 10,807.73 | 0.00 | DA | 0.00 | FA |
| 6  2010 Tax Refund<br>   Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage Location: 2845 S. Trumbull Ave, Chicago IL 60623 | 7,451.00 | 5,151.00 |  | 5,151.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08155  
**Case Name:** ALVAREZ, ROBERTO  

**Period Ending:** 02/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/20/11 (c)  
**§341(a) Meeting Date:** 06/27/11  
**Claims Bar Date:** 10/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle |  |  |  |  |  |
| 7 | 2006 Ford Freestyle<br>    Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage<br>Location: 2845 S. Trumbull Ave, Chicago<br>IL 60623<br>Value $ 126500 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Mitsubishi Eclipse<br>    Orig. Asset Memo: Imported from Amended Doc#: 55; Original asset description: First Mortgage<br>Location: 2845 S. Trumbull Ave, Chicago<br>IL 60623<br>Value $ 126500; Imported from Amended Doc#: 55; Original asset description: 2006, Ford, Freestyle | 5,260.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.20 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$159,368.73** | **$5,151.00** |  | **$5,151.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011      **Current Projected Date Of Final Report (TFR):**   November 23, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-08155  
**Case Name:** ALVAREZ, ROBERTO  
**Taxpayer ID #:** **-***0263  
**Period Ending:** 02/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/11 | {6} | ROBERTO ALVAREZ | Non-exempt portion of tax refund | 1124-000 | 5,000.00 | | 5,000.00 |
| 07/12/11 | {6} | ROBERTO ALVAREZ | Balance of non-exempt portion of tax refund | 1124-000 | 151.00 | | 5,151.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,151.02 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.33 | 5,144.69 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,144.73 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,119.73 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,119.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,094.77 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,094.81 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,069.81 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,069.85 |
| 12/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,069.87 |
| 12/19/11 | | To Account #9200******2966 | Close account and transfer for final distributions | 9999-000 | | 5,069.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,151.20 | 5,151.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,069.87 | |
| | | | **Subtotal** | | 5,151.20 | 81.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,151.20** | **$81.33** | |

{} Asset reference(s)

Printed: 02/01/2012 07:17 AM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-08155  
**Case Name:** ALVAREZ, ROBERTO  

**Taxpayer ID #:** **-***0263  
**Period Ending:** 02/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/11 | | From Account #9200******2965 | Close account and transfer for final distributions | 9999-000 | 5,069.87 | | 5,069.87 |
| 12/21/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,265.11, Trustee Compensation; Reference: | 2100-000 | | 1,265.11 | 3,804.76 |
| 12/21/11 | 102 | Chase Bank USA NA | 4.54% dividend on Claim # 3, Ref: 1820000006496588 | 7100-000 | | 74.35 | 3,730.41 |
| 12/21/11 | 103 | HSBC Bank Nevada, N.A. (Bon Ton) | 4.54% dividend on Claim # 4, Ref: 211201-0100068972 | 7100-000 | | 52.38 | 3,678.03 |
| 12/21/11 | 104 | Real Time Resolutions, Inc. | 4.54% dividend on Claim # 6 -2, Ref: 0031552938 | 7100-000 | | 3,589.49 | 88.54 |
| 12/21/11 | 105 | Portfolio Recovery Associates, LLC | 4.54% dividend on Claim # 7, Ref: 1838 | 7100-000 | | 72.66 | 15.88 |
| 12/21/11 | 106 | GE Money Bank | 4.54% dividend on Claim # 8, Ref: 600889248349 | 7100-000 | | 15.88 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 5,069.87 | 5,069.87 | $0.00 |
| | | Less: Bank Transfers | | | 5,069.87 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 5,069.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $5,069.87 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******29-65** | 5,151.20 | 81.33 | 0.00 |
| **Checking # 9200-******29-66** | 0.00 | 5,069.87 | 0.00 |
| | $5,151.20 | $5,151.20 | $0.00 |

{} Asset reference(s)    Printed: 02/01/2012 07:17 AM    V.12.57